1074

eration or decision of this petition.

No. 10–1217. VAN AUKEN, TRUSTEE *v.* WIRTH ET AL., *ante,* p. 815;

No. 10–1325. VAN AUKEN, BENEFICIARY *v.* WIRTH ET AL., *ante,* p. 815;

No. 10–1336. CARROLL *v.* ASTRUE, COMMISSIONER OF SOCIAL SECURITY, *ante,* p. 817;

No. 10–1453. PLANEY *v.* PLANEY, *ante,* p. 822;

No. 10–1455. TAYLOR *v.* TAYLOR ET AL., *ante,* p. 822;

No. 10–1458. QUINONES *v.* NEIGHBORHOOD YOUTH & FAMILY SERVICES, INC., ET AL., *ante,* p. 822;

No. 10–1469. ABELL *v.* WILSON, *ante,* p. 823;

No. 10–1490. HOLBROOK *v.* CASTLE KEY INSURANCE CO., FKA ALLSTATE FLORIDIAN INSURANCE CO., ET AL., *ante,* p. 824;

No. 10–1547. DUFF ET UX. *v.* LEWIS, *ante,* p. 827;

No. 10–9509. LANG *v.* GUNDY, WARDEN, *ante,* p. 829;

No. 10–9996. WRIGHT *v.* BELL, WARDEN, *ante,* p. 830;

No. 10–10220. WINTERS *v.* UNITED STATES, *ante,* p. 831;

No. 10–10223. MOORE *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, ET AL., *ante,* p. 831;

No. 10–10231. BERTOLA *v.* HARTLEY, WARDEN, *ante,* p. 831;

No. 10–10368. BATSHEVER *v.* JAFAR ET AL., *ante,* p. 835;

No. 10–10374. BUSH *v.* PHILADELPHIA POLICE DEPARTMENT ET AL., *ante,* p. 835;

No. 10–10397. EFFRON *v.* UNITED STATES, *ante,* p. 835;

No. 10–10412. SHEPARD *v.* UNITED STATES, *ante,* p. 836;

No. 10–10414. SMITH *v.* MICHIGAN, *ante,* p. 836;

No. 10–10416. PARTOVI *v.* GALOSKI ET AL., *ante,* p. 836;

No. 10–10501. JOLICOEUR-VASSEUR *v.* ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS ET AL., *ante,* p. 839;

No. 10–10565. PEREZ SALDANA *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante,* p. 840;

No. 10–10586. BUTLER *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante,* p. 841;

No. 10–10641. ZABRISKIE v. HESS, INC., ET AL., *ante*, p. 842;

No. 10–10681. SAUCHELLI v. UNITED STATES POSTAL SERVICE ET AL., *ante*, p. 843;

No. 10–10684. TORRES v. HARTLEY, WARDEN, *ante*, p. 844;

No. 10–10693. ARMSTRONG v. BENITO, *ante*, p. 844;

No. 10–10719. DOWNS v. CALIFORNIA, *ante*, p. 846;

No. 10–10752. HAWKINS v. CALIFORNIA ET AL., *ante*, p. 847;

No. 10–10760. GALLAHER v. SOUTHERN TUBE FORM, LLC, ET AL., *ante*, p. 848;

No. 10–10878. CORTES v. UNITED STATES, *ante*, p. 854;

No. 10–10912. BLAKE v. MALEY, *ante*, p. 856;

No. 10–10983. BURT v. UNITED STATES, *ante*, p. 860;

No. 10–10991. REECE v. WALDEN AFFORDABLE, LLC, ET AL., *ante*, p. 861;

No. 10–10999. BRAYBOY v. ROBESON COUNTY BOARD OF EDUCATION, *ante*, p. 861;

No. 10–11008. NAKAGAWA v. NORTH RANGE BEHAVIORAL HEALTH, *ante*, p. 862;

No. 10–11013. MAKDESSI v. WATSON, WARDEN, *ante*, p. 862;

No. 10–11033. MITCHELL v. LEMPKE, SUPERINTENDENT, FIVE POINTS CORRECTIONAL FACILITY, *ante*, p. 863;

No. 10–11057. JARVIS v. MARYLAND, *ante*, p. 864;

No. 10–11142. KAVEL v. MARSHALL, WARDEN, *ante*, p. 869;

No. 10–11148. MCMAHAN v. TEXAS, *ante*, p. 869;

No. 10–11151. WINKLER v. CLEMENTS, EXECUTIVE DIRECTOR, COLORADO DEPARTMENT OF CORRECTIONS, ET AL., *ante*, p. 870;

No. 10–11242. DANIEL v. LONG ISLAND HOUSING PARTNERSHIP, INC., ET AL., *ante*, p. 874;

No. 11–55. LIBAN v. MIDDLEBROOK AT MONMOUTH, *ante*, p. 880;

No. 11–108. KORDA v. BOUCHARD, SHERIFF, OAKLAND COUNTY, MICHIGAN, ET AL., *ante*, p. 882;

No. 11–200. PUCHE ET AL. v. UNITED STATES, *ante*, p. 884;

No. 11–201. KLIESH v. SELECT PORTFOLIO SERVICING, INC., ET AL., *ante*, p. 963;

No. 11–5082. JARVIS v. GRADY MANAGEMENT, INC., ET AL., *ante*, p. 889;

No. 11–5115. MOORE v. ILLINOIS, *ante*, p. 890;

No. 11–5224. RICKS v. NEWPORT NEWS SHIPBUILDING & DRY DOCK CO. ET AL., *ante*, p. 896;

No. 11–5271. GLEASON v. CALIFORNIA, *ante*, p. 898;

No. 11–5295. BOOK v. TOBIN ET AL., *ante*, p. 900;

No. 11–5304. STURDZA v. UNITED ARAB EMIRATES ET AL., *ante*, p. 900;

No. 11–5307. STURDZA v. UNITED ARAB EMIRATES ET AL., *ante*, p. 900;

No. 11–5360. ASH v. PHILADELPHIA PRISON SYSTEM ET AL., *ante*, p. 903;

No. 11–5502. EL GHANNAM v. SUBURBAN HOSPITAL INC. ET AL., *ante*, p. 911;

No. 11–5507. SINGLETON v. SIX FLAGS OVER GEORGIA ET AL., *ante*, p. 911;

No. 11–5526. STRATTON v. TEXAS (five judgments), *ante*, p. 912;

No. 11–5571. POLITE v. ARKANSAS DEPARTMENT OF CORRECTION, *ante*, p. 914;

No. 11–5650. REA v. WAL-MART STORE 1105, *ante*, p. 948;

No. 11–5711. BUENROSTRO, AKA ROSTRO v. UNITED STATES, *ante*, p. 919;

No. 11–5760. OGUNSALU v. COURT OF APPEAL OF CALIFORNIA, FOURTH APPELLATE DISTRICT, DIVISION ONE, ET AL., *ante*, p. 950;

No. 11–5800. SLOVINEC v. MEISBURG, *ante*, p. 922;

No. 11–5934. TAYLOR v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante*, p. 952;

No. 11–6020. MANGUAL v. UNITED STATES, *ante*, p. 927; and

No. 11–6128. IN RE COUCH, *ante*, p. 940. Petitions for rehearing denied.

No. 10–1489. MAI-TRANG THI NGUYEN v. STARBUCKS COFFEE CORP., *ante*, p. 930. Petition for rehearing denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 10–10011. GRANT v. UNITED STATES, *ante*, p. 931; and

No. 11–5232. GAREY v. UNITED STATES, *ante*, p. 935. Petitions for rehearing denied. JUSTICE KAGAN took no part in the consideration or decision of these petitions.